```
         UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
               WESTERN DIVISION
```

UNITED STATES OF AMERICA

VERSUS                          CRIMINAL ACTION NO. 5:01cr5-DCB-JCS

ALLEN ARNESS BRYANT                                      DEFENDANT

## ORDER

This cause comes before the Court on its own motion. On June 26, 2008, the Court held a final hearing on the revocation of defendant Allen Arness Bryant's supervised release. At said hearing, the Court granted the United States's *ore tenus* motion to withdraw its Petition [docket entry no. 26] for the revocation of the defendant's supervised release. Accordingly, inasmuch as no grounds remain for the defendant's continued detention,

**IT IS HEREBY ORDERED** that the defendant Allen Arness Bryant be released from the custody of the United States Marshals Service forthwith.

**SO ORDERED**, this the 27th day of June 2008.

                              s/ David Bramlette
                        **UNITED STATES DISTRICT JUDGE**